FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>Maximo Santarosa-Flores<br><br>           Defendant. | Case No. 2:21-mj-3742<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

   On arrest warrant issued by the United States District Court for the Dist. of New Mexico involving alleged violations of conditions of probation/supervised release:

   1. The court finds that no condition or combination of conditions will reasonably assure:

      A. (✓) the appearance of defendant as required; and/or

      B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: _criminal history, instant offense allegations; prior violations of supervision suggesting unwillingness to comply with Court-ordered conditions of supervision._

   B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _history of immigration-related issues; instant offense allegations; lack of ties to USCA; criminal history; prior violations of court-orders/supervision suggesting unwillingness to comply with court-ordered conditions of supervision._

IT IS ORDERED that defendant be detained.

DATED: 8/12/2021

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge